JORY, PETERSON, WATKINS, ROSS & WOOLMAN
555 West Shaw Avenue, Suite C-1
P.O. Box 5394
Fresno, California 93755-5394
Telephone: (559) 225-6700
Facsimile No.: (559) 225-3416
William M. Woolman #145124


DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile No.: (513) 977-8141
Charles M. Roesch (PHV application pending)
(Ohio Bar #0013307)
Shawn P. Burton (PHV application pending)
(Ohio Bar #0078211)

Attorneys for Defendants BEVERLY HEALTH AND REHABILITATION SERVICES, INC. D/B/A BEVERLY MANOR AND BEVERLY MANOR CONVALESCENT HOSPITAL, SHAWN MCCULLOUGH, AND DIXIE TRISTAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE ROSE,<br><br>        Plaintiff,<br><br>    v.<br><br>BEVERLY HEALTH AND REHABILITATION SERVICES, INC. D/B/A BEVERLY HEALTH CARE CENTER, SHAWN MCCULLOUGH, AND DIXIE TRISTAN,<br><br>        Defendants. | CASE NO. 1:06-CV-00067 AWI/DLB<br><br>**ORDER**<br>**\*Ex Parte Application for**<br>   **Authority to File Declarations**<br><br>Hearing Date:   March 10, 2006<br>Time:                 9:00 AM |

DEFENDANTS' Ex Parte Application for Authority To File Declarations dated March 6, 2006 is hereby GRANTED.

                                    /s/ Dennis L. Beck
                              United States Magistrate Judge

{G:\WDOX\CLIENTS\005186\00002\00544104.DOC}[1244111v1]

PROPOSED ORDER