1   LAW OFFICES OF WAGNER & JONES
    1111 E. Herndon, Suite 317
2   Fresno, California  93720
    Telephone:  (559) 449-1800
3   Facsimile No.: (559) 449-0749
    Andrew B. Jones (#076915)
4   Daniel M. Kopfman (#192191)

5   Attorneys for Plaintiff, CHARLOTTE ROSE

6   DINSMORE & SHOHL LLP
    1900 Chemed Center
7   255 East Fifth Street
    Cincinnati, Ohio  45202
8   Telephone:  (513) 977-8200
    Facsimile No.:  (513) 977-8141
9   Charles M. Roesch (Admitted Pro Hac Vice on 3/3/06)
    Shawn P. Burton (Admitted Pro Hac Vice on 3/3/06)
10
    Attorneys for Defendants BEVERLY HEALTH
11  AND REHABILITATION SERVICES, INC.
    D/B/A BEVERLY MANOR AND BEVERLY
12  MANOR CONVALESCENT HOSPITAL,
    SHAWN MCCULLOUGH, AND DIXIE TRISTAN
13

14              UNITED STATES DISTRICT COURT

15          EASTERN DISTRICT OF CALIFORNIA

16  CHARLOTTE ROSE,                    CASE NO. 1:06-CV-00067 AWI/DLB

17          Plaintiff,                 **STIPULATION OF THE PARTIES AND
                                       ORDER EXTENDING THE HEARING
18      v.                             ON PLAINTIFF'S MOTION TO
                                       REMAND AND OTHER DATES**
19  BEVERLY HEALTH AND
    REHABILITATION SERVICES, INC.
20  D/B/A BEVERLY HEALTH CARE
    CENTER, SHAWN MCCULLOUGH, AND
21  DIXIE TRISTAN,

22          Defendants.

23

24      By agreement of the parties, it is hereby ordered that the Hearing on the Motion to Remand is

25  scheduled for May 5, 2006 at 9:00 a.m., the Scheduling Conference is set for June 1, 2006 at

26  8:45 a.m., and the Rule 26 disclosures will be due 14 days after the Court issues a ruling on

27  Plaintiff's motion to remand.  It is further agreed by the parties and ordered by this Court that

28  neither party will be waiving any procedural or substantive defenses they currently have simply by

1   agreeing to this Order and the extensions noted herein.

2        April 4, 2006

3                                    /s/ Dennis L. Beck
                                     U.S. Magistrate Judge
4

5

6   /s/ Daniel M. Kopfman                    /s/ Shawn P. Burton
    Daniel M. Kopfman, Esq.                  Charles M. Roesch, Esq.
7   **LAW OFFICES OF WAGNER & JONES**        Shawn P. Burton, Esq.
    1111 E. Herndon Avenue, Suite 317        **DINSMORE & SHOHL LLP**
8   Fresno, California   93720               1900 Chemed Center
    Telephone:  (559) 449-1800               255 E. 5th Street
9   Facsimile No.: (559) 449-0749            Cincinnati, OH 45202
                                             Telephone:  (513) 977-8200
10                                           Facsimile:  (513) 977-8141
    Attorney for Plaintiff, Charlotte Rose
11                                           Attorneys for Defendants, Beverly Health
                                             And Rehabilitation Services, Inc.
12                                           d/b/a Beverly Manor and Beverly
                                             Manor Convalescent Hospital,
13                                           Shawn McCullough, And Dixie Tristan

14  1246670v2

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF THE PARTIES AND [PROPOSED] ORDER EXTENDING THE HEARING ON PLAINTIFF'S
MOTION TO REMAND AND OTHER DATES