| | |
|---|---|
| 1 | LAW OFFICES OF WAGNER & JONES |
| | 1111 E. Herndon, Suite 317 |
| 2 | Fresno, California  93720 |
| | Telephone:  (559) 449-1800 |
| 3 | Facsimile No.: (559) 449-0749 |
| | Andrew B. Jones (#076915) |
| 4 | Daniel M. Kopfman (#192191) |
| 5 | Attorneys for Plaintiff, CHARLOTTE ROSE |
| 6 | DINSMORE & SHOHL LLP |
| | 1900 Chemed Center |
| 7 | 255 East Fifth Street |
| | Cincinnati, Ohio  45202 |
| 8 | Telephone:  (513) 977-8200 |
| | Facsimile No.:  (513) 977-8141 |
| 9 | Charles M. Roesch (Admitted Pro Hac Vice on 3/3/06) |
| | Shawn P. Burton (Admitted Pro Hac Vice on 3/3/06) |
| 10 | |
| | Attorneys for Defendants BEVERLY HEALTH |
| 11 | AND REHABILITATION SERVICES, INC. |
| | D/B/A BEVERLY MANOR AND BEVERLY |
| 12 | MANOR CONVALESCENT HOSPITAL, |
| | SHAWN MCCULLOUGH, AND DIXIE TRISTAN |
| 13 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | CHARLOTTE ROSE, | CASE NO. 1:06-CV-00067 AWI/DLB |
| 17 | Plaintiff, | **STIPULATION OF THE PARTIES AND ORDER EXTENDING THE HEARING ON PLAINTIFF'S MOTION TO REMAND** |
| 18 | v. | |
| 19 | BEVERLY HEALTH AND REHABILITATION SERVICES, INC. | |
| 20 | D/B/A BEVERLY HEALTH CARE CENTER, SHAWN MCCULLOUGH, AND | |
| 21 | DIXIE TRISTAN, | |
| 22 | Defendants. | |

By agreement of the parties, it is hereby ordered that the May 5, 2006 Hearing on the Motion to Remand is postponed and rescheduled for June 30, 2006 at 9:00 a.m.  It is further agreed by the parties and ordered by this Court that neither party will be waiving any procedural or substantive defenses they currently have simply by agreeing to this Order and the extension noted herein.

[1246670v3]

STIPULATION OF THE PARTIES AND [PROPOSED] ORDER EXTENDING THE HEARING ON PLAINTIFF'S MOTION TO REMAND

| | |
|---|---|
| /s/ Daniel M. Kopfman<br>Daniel M. Kopfman, Esq.<br>**LAW OFFICES OF WAGNER & JONES**<br>1111 E. Herndon Avenue, Suite 317<br>Fresno, California  93720<br>Telephone:  (559) 449-1800<br>Facsimile No.: (559) 449-0749<br><br>Attorney for Plaintiff, Charlotte Rose | /s/ Shawn P. Burton<br>Charles M. Roesch, Esq.<br>Shawn P. Burton, Esq.<br>**DINSMORE & SHOHL LLP**<br>1900 Chemed Center<br>255 E. 5th Street<br>Cincinnati, OH 45202<br>Telephone:  (513) 977-8200<br>Facsimile:  (513) 977-8141<br><br>Attorneys for Defendants, Beverly Health<br>And Rehabilitation Services, Inc.<br>d/b/a Beverly Manor and Beverly<br>Manor Convalescent Hospital,<br>Shawn McCullough, And Dixie Tristan |

1246670v3

IT IS SO ORDERED:

Date: May 3, 2006                    /s/ *Dennis L. Beck*

                                              U.S. Magistrate Judge