# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE ROSE, | 1:06cv0067 AWI DLB |
| Plaintiff, | ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES |
| v. | (Document 39) |
| BEVERLY HEALTH AND REHABILITATION SERVICES, INC., et al., | |
| Defendants. | |

On February 9, 2006, Plaintiff filed a motion to remand.  After numerous extensions of time, the matter was heard on July 7, 2006.  The Court took the matter under submission and has not yet issued a decision.

On July 12, 2006, Defendants filed a motion for leave to file supplemental authorities in support of the opposition to Plaintiff's motion to remand.  However, the Court does not require supplemental briefing to resolve the issues presented in the motion and during the hearing.  Accordingly, Defendants' motion is DENIED.

IT IS SO ORDERED.

Dated:  July 19, 2006                    /s/ Dennis L. Beck
3b142a                                    UNITED STATES MAGISTRATE JUDGE