1  **DINSMORE & SHOHL LLP**
   1900 Chemed Center
2  255 E. 5th Street
   Cincinnati, OH 45202
3  Telephone: (513) 977-8200
   Facsimile: (513) 977-8141
4
   Shawn P. Burton #0078211 (Ohio)
5
   **JORY, PETERSON, WATKINS, ROSS & WOOLMAN**
6  555 West Shaw Avenue, Suite C-1
   Post Office Box 5394
7  Fresno, California 93704
   Telephone: (559) 225-6700
8  Facsimile: (559) 225-3416

9  William M. Woolman #145124

10
   Attorneys for: Defendants
11 BEVERLY HEALTH AND REHABILITATION SERVICES, INC., D/B/A
   BEVERLY MANOR AND BEVERLY MANOR CONVALESCENT HOSPITAL,
12 SHAWN MCCULLOUGH, and DIXIE TRISTAN

13
                    **UNITED STATES DISTRICT COURT**
14
                    **EASTERN DISTRICT OF CALIFORNIA**
15

16 | CHARLOTTE ROSE, | ) | CASE NO. 1:06-CV-00067 AWI/DLB |
17 |                 | ) |                                |
   | Plaintiff,      | ) |                                |
18 |                 | ) | STIPULATION TO                 |
   |                 | ) | CONTINUE MOTION HEARINGS       |
19 | v.              | ) |                                |
   |                 | ) | Date: October 16, 2006         |
20 | BEVERLY HEALTH AND | ) | Time: 1:30 p.m.             |
   | REHABILITATION SERVICES, INC. D/B/A | ) | Courtroom: 2 (AWI) |
21 | BEVERLY HEALTH CARE CENTER, | ) |                     |
   | SHAWN MCCULAH, AND DIXIE TRISTAN, | ) |               |
22 |                 | ) |                                |
   | Defendants.     | ) |                                |
23 |                 | ) |                                |
24

25 ///
26 ///
27 ///
28 ///

{G:\WDOX\CLIENTS\005186\00002\00546095.DOC}       1

**STIPULATION TO CONTINUE MOTION HEARINGS**

1. The undersigned represent all parties to this action and hereby stipulate to continue the hearing date from October 16, 2006, to **November 6, 2006 at 1:30 p.m. in Courtroom 2** of the above entitled Court before Judge Anthony W. Ishii on each of the following motions:

[50] MOTION to STAY;

[49] MOTION to DISMISS or in the Alternative Motion for Summary Judgment;

[44][45] MOTION to REMAND/Reconsideration of Court's Order Denying Plaintiff's Motion to Remand; and

[48] MOTION to STRIKE.

The undersigned waive notice of this new date.

DATED: September __1__, 2006

WAGNER & JONES

By _____
Attorneys for Plaintiff,
CHARLOTTE ROSE

DATED: September 1, 2006.

JORY, PETERSON, WATKINS,
ROSS & WOOLMAN

By _____
Attorneys for Defendants
BEVERLY HEALTH AND REHABILITATION
SERVICES, INC., D/B/A BEVERLY MANOR
AND BEVERLY MANOR CONVALESCENT
HOSPITAL, SHAWN McCULLOUGH,
and DIXIE TRISTAN

{G:\WDOX\CLIENTS\005186\00002\00546095.DOC}    2

STIPULATION TO CONTINUE MOTION HEARINGS

## PROOF OF SERVICE

My business address is 555 West Shaw Avenue, Post Office Box 5394, Fresno, California 93755. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **STIPULATION TO CONTINUE MOTION HEARINGS** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Andrew B. Jones, Esq.
Daniel M. Kopfman, Esq.
WAGNER & JONES
111 E. Herndon, Suite 317
Fresno, California 93720

____ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

____ (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

__X__ (BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated.

____ (BY FACSIMILE) I caused the above-referenced document to be delivered by facsimile to the facsimile number(s) of the addressee(s).

____ (BY OVERNIGHT MAIL) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

EXECUTED ON September 5, 2006, at Fresno, California.

__X__ (FEDERAL) I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

_____
Beth Noel

{G:\WDOX\CLIENTS\005186\00002\00546095.DOC}    3

STIPULATION TO CONTINUE MOTION HEARINGS

1  **DINSMORE & SHOHL LLP**
   1900 Chemed Center
2  255 E. 5th Street
   Cincinnati, OH 45202
3  Telephone: (513) 977-8200
   Facsimile: (513) 977-8141
4
   Shawn P. Burton #0078211 (Ohio)
5
   **JORY, PETERSON, WATKINS, ROSS & WOOLMAN**
6  555 West Shaw Avenue, Suite C-1
   Post Office Box 5394
7  Fresno, California 93704
   Telephone: (559) 225-6700
8  Facsimile: (559) 225-3416

9  William M. Woolman #145124

10
   Attorneys for: Defendants
11 BEVERLY HEALTH AND REHABILITATION SERVICES, INC., D/B/A
   BEVERLY MANOR AND BEVERLY MANOR CONVALESCENT HOSPITAL,
12 SHAWN MCCULLOUGH, and DIXIE TRISTAN

13
                     **UNITED STATES DISTRICT COURT**
14
                      **EASTERN DISTRICT OF CALIFORNIA**
15

16 | CHARLOTTE ROSE,                              | ) CASE NO. 1:06-CV-00067 AWI/DLB
17 |                                              | )
   |     Plaintiff,                               | )
18 |                                              | ) [PROPOSED] ORDER TO
   | v.                                           | ) CONTINUE MOTION HEARINGS
19 |                                              | )
   | BEVERLY HEALTH AND                           | ) Date:     October 16, 2006
20 | REHABILITATION SERVICES, INC. D/B/A          | ) Time:     1:30 p.m.
   | BEVERLY HEALTH CARE CENTER,                  | ) Courtroom: 2 (AWI)
21 | SHAWN MCCULAH, AND DIXIE TRISTAN,            | )
22 |                                              | )
   |     Defendants.                              | )
23 | .                                            | )
24 |_____| )

25 ///
26 ///
27 ///
28 ///

{G:\WDOX\CLIENTS\005186\00002\00546096.DOC}       1

---
ORDER TO CONTINUE MOTION HEARINGS

1          Based upon the Stipulation of all parties herein,

2          IT IS HEREBY ORDERED that the hearing date is continued from October 16,

3 2006, to **November 6, 2006 at 1:30 p.m. in Courtroom 2** of the above entitled Court before

4 Judge Anthony W. Ishii on each of the following motions:

5          [50] MOTION to STAY;

6          [49] MOTION to DISMISS or in the Alternative Motion for Summary Judgment;

7          [44][45] MOTION to REMAND/Reconsideration of Court's Order Denying

8 Plaintiff's Motion to Remand; and

9          [48] MOTION to STRIKE.

10

11 DATED: _Sept 6_, 2006.

12

13 _____
Judge, United States District Court,
EASTERN DISTRICT OF CALIFORNIA

{G:\WDOX\CLIENTS\005186\00002\00546096.DOC}    2

**ORDER TO CONTINUE MOTION HEARINGS**