**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLOTTE ROSE,** )<br>  )<br>  **Plaintiff**, )<br>  )<br>  v. )<br>  )<br>  **BEVERLY HEALTH AND** )<br>  **REHABILITATION SERVICES, INC.** )<br>  dba **BEVERLY MANOR and BEVERLY** )<br>  **MANOR CONVALESCENT HOSPITAL,** )<br>  **SHAWN McCULAH, DIXIE TRISTAN,** )<br>  **and DOES 1 to 20, inclusive,** )<br>  )<br>  **Defendant**s. )<br>  _____ ) | **CV F 06-0067  AWI DLB**<br><br>**ORDER VACATING HEARING DATE OF NOVEMBER 6, 2006, AND TAKING MATTERS UNDER SUBMISSION** |

Defendants Beverly Health, et al. ("Defendants") have noticed for hearing and decision a motion to dismiss or, in the alternative, for summary judgment. Also before the court is plaintiff Charlotte Rose's ("Plaintiff") motion for reconsideration of the magistrate judges denial of Plaintiff's motion to remand. Both matters were scheduled for oral argument to be held November 6, 2006. The court has determined, after review of the motions and the parties' related submissions, that the motions are suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 6, 2006, is hereby VACATED, and no party shall appear at that time. As of November 6, 2006, the Court will take the matters under submission, and will thereafter issue

1  its decision.

3  IT IS SO ORDERED.

4  **Dated:     October 31, 2006**                            **/s/ Anthony W. Ishii**
    0m8i78                                                   UNITED STATES DISTRICT JUDGE